# EXHIBIT 1

**HERBERT I. ELLIS, P.C.**
**ELLIS LAW CENTER**
**87 SOUTH STREET**
**FREEHOLD, NJ 07728**
Tel:   732-308-0200
Fax:   732-577-0100
Attorney for Plaintiff Edward & Evelyn Telchin

| | |
|---|---|
| EDWIN TELCHIN and EVELYN TELCHIN, his wife | : SUPERIOR COURT OF NEW JERSEY<br>: LAW DIVISION - MIDDLESEX COUNTY<br>: DOCKET NO.: **L-5610-12** |
| Plaintiff(s), | : |
| -vs- | :               <u>CIVIL ACTION</u> |
| ELLIOT PEREL, DPM, ROCHELLE VOLOSO, MD, MONROE FOOT & ANKLE CARE, PC, SAINT PETER'S UNIVERSITY HOSPITAL, JOHN DOE 1-10 (fictitious names) and ABC, INC. 1-10 (fictitious entities), | :          **SUMMONS** |
| <u>Defendant(s)</u> | |

From The State of New Jersey To the Defendant(s) Named Above:

Name of Defendant to be Served:        Rochelle Volosov, MD
Address of Defendant to be Served:     444 Perry Drive
                                         North Brunswick, NJ 08902

**The plaintiff** named above has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this summons states the basis for the lawsuit. If you dispute this Third Party Complaint, you or your attorney must file a written answer or motion or proof of service with the Deputy Clerk of the Superior Court within thirty five (35) days from the date you received this summons, not counting the date you received it. (The address of each Deputy Clerk of the Superior Court is provided). If the complaint is one of foreclosure then you must file your written answer or motion or proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN 971 Trenton, NJ 08625. A filing fee* payable to the [Clerk of the Superior Court] <u>Treasurer, State of New Jersey</u> and a completed Case Information Statement (available from the Deputy Clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to the plaintiff's attorney whose name and address appears above, or to the plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the Court to hear your defense.

If you do not file a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is answered against you the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford to pay an attorney, you may call the Legal Services Office in the county where you live. A list of these offices is provided. If you do not have an attorney or are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one the Lawyer Referral Services. A list of these numbers are provided.

Dated: 10/19/12                                       /s/*Jennifer Perez*
                                                 Jennifer Perez, Acting Superior Court Clerk

| | | |
|---|---|---|
| **ATLANTIC COUNTY**<br>ATTN: Deputy Clerk<br>1201 Bacharach Blvd<br>Atlantic City, NJ 08401<br>Lawyer Referral: 609-345-3444<br>Legal Services: 609-348-4200 | **GLOUCESTER COUNTY**<br>ATTN: Deputy Clerk<br>1 North Broad Street<br>Woodbury, NJ 08096<br>Lawyer Referral: 856-848-4589<br>Legal Services: 856-964-2010 | **OCEAN COUNTY**<br>ATTN: Deputy Clerk<br>118 Washington Street<br>Toms River, NJ 08753<br>Lawyer Referral: 732-240-3666<br>Legal Services: 732-341-2727 |
| **BERGEN COUNTY**<br>ATTN: Deputy Clerk<br>10 Main Street<br>Hackensack, NJ 07601<br>Lawyer Referral: 201-488-0044<br>Legal Services: 201-487-2166 | **HUDSON COUNTY**<br>ATTN: Deputy Clerk<br>595 Newark Avenue<br>Jersey City, NJ 07306<br>Lawyer Referral: 201-798-2727<br>Legal Services: 201-792-6363 | **PASSAIC COUNTY**<br>ATTN: Deputy Clerk<br>77 Hamilton Street<br>Paterson, NJ 07505<br>Lawyer Referral: 973-278-9223<br>Legal Services: 973-345-7171 |
| **BURLINGTON COUNTY**<br>ATTN: Deputy Clerk<br>49 Rancocas Road<br>Mt. Holly, NJ 08060<br>Lawyer Referral: 609-261-1088<br>Legal Services: 609-261-1088 | **HUNTERDON COUNTY**<br>ATTN: Deputy Clerk<br>65 Park Avenue<br>Flemington, NJ 08822<br>Lawyer Referral: 908-735-3611<br>Legal Services: 908-782-7979 | **SALEM COUNTY**<br>ATTN: Deputy Clerk<br>92 Market Street<br>Salem, NJ 08079<br>Lawyer Referral: 609-935-5629<br>Legal Services: 609-451-0003 |
| **CAMDEN COUNTY**<br>ATTN: Deputy Clerk<br>101 South Fifth Street<br>Camden, NJ 08103<br>Lawyer Referral: 856-964-4520<br>Legal Services: 856-964-2010 | **MERCER COUNTY**<br>ATTN; Deputy Clerk<br>209 South Broad Street<br>Trenton, NJ 08650<br>Lawyer Referral: 609-585-6200<br>Legal Services: 609-695-6249 | **SOMERSET COUNTY**<br>ATTN: Deputy Clerk<br>20 North Bridge Street<br>Somerville, NJ 08876<br>Lawyer Referral: 908-685-2323<br>Legal Services: 908-231-0840 |
| **CAPE MAY COUNTY**<br>ATTN: Deputy Clerk<br>9 North Main Street<br>Cape May, NJ 08210<br>Lawyer Referral: 609-463-0313<br>Legal Services: 609-465-3001 | **MIDDLESEX COUNTY**<br>ATTN: Deputy Clerk<br>1 JFK Square<br>New Brunswick, NJ 08903<br>Lawyer Referral: 732-828-0053<br>Legal Services: 732-249-7600 | **SUSSEX COUNTY**<br>ATTN: Deputy Clerk<br>43-47 High Street<br>Newton, NJ 07860 |
| **CUMBERLAND COUNTY**<br>ATTN: Deputy Clerk<br>Broad & Fayette Street<br>Bridgeton, NJ 08302<br>Lawyer Referral: 856-692-6207<br>Legal Services: 856-964-2010 | **MONMOUTH COUNTY**<br>ATTN: Deputy Clerk<br>71 Monument Park<br>Freehold, NJ 07728<br>Lawyer Referral: 431-5544<br>Legal Services: 732-866-0020 | **UNION COUNTY**<br>ATTN: Deputy Clerk<br>2 Broad Street<br>Elizabeth, NJ 07207<br>Lawyer Referral: 908-685-2323<br>Legal Services: 908-827-4769 |
| **ESSEX COUNTY**<br>ATTN: Deputy Clerk<br>50 West Market Street<br>Newark, NJ 07102<br>Lawyer Referral: 973-622-7753<br>Legal Services: 973-622-0063 | **MORRIS COUNTY**<br>ATTN: Deputy Clerk<br>10 Park Place<br>Morristown, NJ 07960<br>Lawyer Referral: 973-267-5882<br>Legal Services: 973-285-6911 | **WARREN COUNTY**<br>ATTN: Deputy Clerk<br>413 2nd Street<br>Belvidere, NJ 07823<br>Lawyer Referral: 973-267-5882<br>Legal Services: 973-475-2010 |

**Appendix XII-B1**

| | CIVIL CASE INFORMATION STATEMENT (CIS) <br> Use for initial Law Division <br> Civil Part pleadings (not motions) under *Rule* 4:5-1 <br> **Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed** | FOR USE BY CLERK'S OFFICE ONLY |
|---|---|---|



| FOR USE BY CLERK'S OFFICE ONLY | |
|---|---|
| PAYMENT TYPE: ☐CK ☐CG ☐CA | |
| CHG/CK NO. | |
| AMOUNT: | |
| OVERPAYMENT: | |
| BATCH NUMBER: | |

| ATTORNEY / PRO SE NAME <br> Eric Christopher Landman, Esq. | TELEPHONE NUMBER <br> (732) 308-0200 | COUNTY OF VENUE <br> Middlesex |
|---|---|---|
| FIRM NAME (if applicable) <br> Law Offices of Herbert I. Ellis, P.C. | | DOCKET NUMBER (when available) <br> MID-L-5610-12 |
| OFFICE ADDRESS <br> 87 South Street <br> Freehold, NJ 07728 | | DOCUMENT TYPE <br> FIRST AMENDED COMPLAINT |
| | | JURY DEMAND ■ YES ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) <br> Edward & Evelyn Telchin, Plaintiffs | CAPTION <br> TELCHIN vs ELLIOT PEREL, DPM, ROCHELLE VOLOSO, MD MONROE FOOT & ANKLE CARE, PC and SAINT PETER'S UNIVERSITY HOSPITAL |
|---|---|
| CASE TYPE NUMBER (See reverse side for listing) <br> 604 | IS THIS A PROFESSIONAL MALPRACTICE CASE? ■ YES ☐ NO <br> IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
| RELATED CASES PENDING? <br> ☐ YES ■ NO | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES <br> (arising out of same transaction or occurrence)? <br> ☐ YES ■ NO | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) <br> ☐ NONE <br> ■ UNKNOWN |

| THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE. |
|---|
| CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION |

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? <br> ☐ YES ■ NO | IF YES, IS THAT RELATIONSHIP: <br> ☐ EMPLOYER/EMPLOYEE ☐ FRIEND/NEIGHBOR ☐ OTHER (explain) <br> ☐ FAMILIAL ☐ BUSINESS |
|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ☐ NO |
|---|

| USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION |
|---|
| |

| ♿ DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? <br> ☐ YES ■ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED? <br> ☐ YES ■ NO | IF YES, FOR WHAT LANGUAGE? |

Herbert L Ellis, Esq.
OCT 18 2012
RECEIVED

| I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b). |
|---|
| ATTORNEY SIGNATURE: |



**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**
151  NAME CHANGE
175  FORFEITURE
302  TENANCY
399  REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
502  BOOK ACCOUNT (debt collection matters only)
505  OTHER INSURANCE CLAIM (including declaratory judgment actions)
506  PIP COVERAGE
510  UM or UIM CLAIM (coverage issues only)
511  ACTION ON NEGOTIABLE INSTRUMENT
512  LEMON LAW
801  SUMMARY ACTION
802  OPEN PUBLIC RECORDS ACT (summary action)
999  OTHER (briefly describe nature of action)

**Track II - 300 days' discovery**
305  CONSTRUCTION
509  EMPLOYMENT (other than CEPA or LAD)
599  CONTRACT/COMMERCIAL TRANSACTION
603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
605  PERSONAL INJURY
610  AUTO NEGLIGENCE – PROPERTY DAMAGE
621  UM or UIM CLAIM (includes bodily injury)
699  TORT – OTHER

**Track III - 450 days' discovery**
005  CIVIL RIGHTS
301  CONDEMNATION
602  ASSAULT AND BATTERY
604  MEDICAL MALPRACTICE
606  PRODUCT LIABILITY
607  PROFESSIONAL MALPRACTICE
608  TOXIC TORT
609  DEFAMATION
616  WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
617  INVERSE CONDEMNATION
618  LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV - Active Case Management by Individual Judge / 450 days' discovery**
156  ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
303  MT. LAUREL
508  COMPLEX COMMERCIAL
513  COMPLEX CONSTRUCTION
514  INSURANCE FRAUD
620  FALSE CLAIMS ACT
701  ACTIONS IN LIEU OF PREROGATIVE WRITS

**Centrally Managed Litigation (Track IV)**

| | | | |
|---|---|---|---|
| 280 | ZELNORM | 290 | POMPTON LAKES ENVIRONMENTAL LITIGATION |
| 285 | STRYKER TRIDENT HIP IMPLANTS | 291 | PELVIC MESH/GYNECARE |
| 288 | PRUDENTIAL TORT LITIGATION | 292 | PELVIC MESH/BARD |
| 289 | REGLAN | 293 | DEPUY ASR HIP IMPLANT LITIGATION |

**Mass Tort (Track IV)**

| | | | |
|---|---|---|---|
| 248 | CIBA GEIGY | 281 | BRISTOL-MYERS SQUIBB ENVIRONMENTAL |
| 266 | HORMONE REPLACEMENT THERAPY (HRT) | 282 | FOSAMAX |
| 271 | ACCUTANE/ISOTRETINOIN | 284 | NUVARING |
| 274 | RISPERDAL/SEROQUEL/ZYPREXA | 286 | LEVAQUIN |
| 278 | ZOMETA/AREDIA | 287 | YAZ/YASMIN/OCELLA |
| 279 | GADOLINIUM | 601 | ASBESTOS |

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.

Please check off each applicable category  ☐ Putative Class Action    ☐ Title 59

**LAW OFFICES OF HERBERT I. ELLIS, PC**
**ELLIS LAW CENTER**
**87 SOUTH STREET**
**FREEHOLD, NJ 07728**
**Tel: (732) 308-0200  Fax:(732) 577-0100**
**Attorney for Plaintiff, Edward & Evelyn Telchin**

| | |
|---|---|
| EDWARD TELCHIN and EVELYN TELCNIN, his wife | : SUPERIOR COURT OF NEW JERSEY : LAW DIVISION - MIDDLESEX COUNTY : DOCKET NO. MID-L-5610-12 |
| Plaintiff(s), | : |
| -vs- | : CIVIL ACTION |
| ELLIOT PEREL, DPM, ROCHELLE VOLOSO, MD, MONROE FOOT & ANKLE CARE, PC, SAINT PETER'S UNIVERSITY HOSPITAL, JOHN DOE 1-10 (fictitious names) and ABC, INC. 1-10 (fictitious entities), | : FIRST AMENDED COMPLAINT, JURY DEMAND, : **DESIGNATION OF TRIAL COUNSEL,** : **DEMAND FOR TRIAL BY JURY,** |
| Defendant(s) | :DEMAND FOR TRANSCRIPTION AND OFFICE : **RECORDS** :DEMAND FOR ANSWER TO INTERROGATORIES, : **AFFIDAVIT OF MERIT** |

Plaintiff, EDWARD TELCHIN and EVELYN TELCHIN, his wife, residing at 8 Tidewater Place in the Township of Monroe, County of Middlesex and State of New Jersey, complaining of the Defendants, deposes and says:

## FIRST COUNT

1.     At all times material to the within cause of action, ELLIOT PEREL, DPM, M.D. and ROCHELLE VOLOS, MD were medical doctors specializing in the field of Podiatric medicine and were duly licensed to practice medicine under the laws of the State of New Jersey, having offices located at 241 Forsgate Drive, Suite 206 in the Township of Jamesburg, State of New Jersey, or elsewhere, and as such, said Defendant professed and held themselves out to the public, and in particular to the Plaintiff, EDWARD TELCHIN, as being skilled, careful and diligent in the practice of their profession as Podiatrists.

2.      At all times material to the within cause of action, Defendant, MONROE FOOT & ANKLE CARE, PC was a business entity organized and existing under the laws of the State of New Jersey, with its principal place of business located at 241 Forsgate Drive, Suite 206 in the Township of Jamesburg, State of New Jersey. Said Defendant held itself out to the public, and to the Plaintiff, EDWARD TELCHIN, as being fully and adequately equipped and staffed with trained expert physicians, nurses and other healthcare providers capable of providing healthcare in connection with the conditions from which the Plaintiff, EDWARD TELCHIN, suffered during his treatment with the Defendants.

3.      During the course of treating the Plaintiff and in connection with the medical services provided to him, beginning on November 23, 2009 and continuing through November 11, 2010, the Defendants negligently and carelessly failed to exercise ordinary care, failed to exercise that degree of skill, diligence and care commonly exercised by other doctors in like circumstances giving due regard to the existing state of knowledge in medicine, failed to properly treat the Plaintiff, failed to timely diagnose the Plaintiff's condition, failed to apprise the Plaintiff of the risks and options available to him in connection with the services rendered, failed to properly treat his condition and otherwise failed to act as prudent, skillful and careful medical doctors in connection with the services provided to the Plaintiff.

4.      On August 27, 2010, Defendant ELLIOT PEREL, DPM and ROCHELLE VOLOSO, MD performed Bunionectomy Surgery, the Defendants negligently and carelessly failed to exercise ordinary care, failed to exercise that degree of skill, diligence and care commonly exercised by other doctors in like circumstances giving due regard to the existing state of knowledge in medicine, failed to properly treat the Plaintiff, failed to timely diagnose the Plaintiff's condition, failed to apprise the Plaintiff of the risks and options available to him in connection with the services rendered, failed to properly treat his condition and otherwise failed to act as prudent, skillful and careful medical doctors in connection with the services provided to the Plaintiff

5.      As a direct and proximate result of the negligence and professional malpractice of the Defendants, as aforesaid, the Plaintiff sustained great pain and suffering of the mind and body, has and did sustain permanent bodily injuries, has and did incur medical expenses in order to correct the conditions caused by the Defendants, has and was unable to attend to his ordinary routine, employment and affairs and was otherwise damaged.

2

6.      The Plaintiff first had reason to suspect that the Defendants committed malpractice when he obtained a second opinion from Dr. Elliot Diamond on or about January 10, 2011.

7.      Defendant, MONROE FOOT & ANKLE CARE, PC is liable for the negligence of the Defendants, ELLIOT PEREL, DPM and ROCHELLE VOLOSO, MD under the doctrine of respondeat superior or otherwise.

**WHEREFORE**, Plaintiff, EDWARD TELCHIN, demands judgment against the Defendants, ELLIOT PEREL, DPM, ROCHELLE VOLOSO, MD and MONROE FOOT & ANKLE CARE, PC in the amount of his damages, together with interest and costs of suit.

## SECOND COUNT

1.      Plaintiff, EDWARD TELCHIN repeats and realleges each and every allegation contained in the First Count as if set forth at length herein.

2.      At all times material to the within cause of action, Defendant, SAINT PETER'S UNIVERSITY HOSPITAL was a business entity organized and existing under the laws of the State of New Jersey, with its principal place of business located at 254 Easton Avenue in the City of New Brunswick, State of New Jersey. Said Defendant held itself out to the public, and to the Plaintiff, EDWARD TELCHIN, as being fully and adequately equipped and staffed with trained expert physicians, nurses and other healthcare providers capable of providing healthcare in connection with the conditions from which the Plaintiff, EDWARD TELCHIN, suffered during his treatment with the Defendants.

3.      Defendants, ELLIOT PEREL, DPM and ROCHELLE VOLOSO, MD performed Bunionectomy Surgery at SAINTS PETER'S UNIVERSITY HOSPITAL, the Defendants negligently and carelessly failed to exercise ordinary care, failed to exercise that degree of skill, diligence and care commonly exercised by other doctors in like circumstances giving due regard to the existing state of knowledge in medicine, failed to properly treat the Plaintiff, failed to timely diagnose the Plaintiff's condition, failed to apprise the Plaintiff of the risks and options available to him in connection with the services rendered, failed to properly treat his condition and otherwise failed to act as prudent, skillful and careful medical doctors in connection with the services provided to the Plaintiff

3

4.    As a direct and proximate result of the negligence and professional malpractice of the Defendants, as aforesaid, the Plaintiff sustained great pain and suffering of the mind and body, has and did sustain permanent bodily injuries, has and did incur medical expenses in order to correct the conditions caused by the Defendants, has and was unable to attend to his ordinary routine, employment and affairs and was otherwise damaged.

**WHEREFORE**, Plaintiff, EDWARD TELCHIN, demands judgment against the Defendant, SAINTS PETER'S UNIVERSITY HOSPITAL in the amount of his damages, together with interest and costs of suit.

## THIRD COUNT

1.    Plaintiff, EDWARD TELCHIN, hereby repeat each and every allegation contained in the First and Second Counts of this Complaint as if set forth at length herein.

2.    JOHN DOES (fictitious names) and ABC INC. 1-10 (fictitious entities), are intended to represent any person, business or corporation who was negligent in the discharge of their duties as to operate and provide care and treatment to the Plaintiff so that he would receive no injuries there from.

3.    Defendants, JOHN DOE 1-10 and ABC INC. 1-10 (fictitious names/entities), were medical doctors duly licensed to practice medicine under the laws of the State of New Jersey, and as such, said Defendants professed and held themselves out to the public, and in particular to the Plaintiff, EDWARD TELCHIN, as being skilled, careful and diligent in the practice of their profession.

4.    As a direct and proximate result of the negligence and professional malpractice of the Defendants, as aforesaid, the Plaintiff sustained great pain and suffering of the mind and body, has and did sustain permanent bodily injuries, has and did incur medical expenses in order to correct the conditions caused by the Defendants, has and was unable to attend to his ordinary routine, employment and affairs and was otherwise damaged.

4

**WHEREFORE**, Plaintiff, EDWARD TELCHIN, demands judgment against the Defendants, JOHN DOE 1-10 and ABC INC. 1-10 (fictitious names/entities), in the amount of his damages, together with interest and costs of suit.

## FOURTH COUNT

1.      Plaintiff, EVELYN TELCHIN, hereby repeat each and every allegation contained in the First, Second and Third Counts of this Complaint as if set forth at length herein.

2.      At the time and place aforesaid and continuing to the present, the plaintiff, EVELYN TELCHIN, was and still is the lawful wife of the plaintiff, EDWARD TELCHIN, and, as such, is entitled to her society, companionship, services and consortium.

3.      As a direct result of the carelessness and negligence of the defendants, ELLIOT PEREL, DPM, ROCHELLE VOLOSO, MD, MONROE FOOT & ANKLE CARE, PC, ST. PETER'S UNIVERSITY HOSPITAL, JOHN DOE 1-10 and ABC INC. 1-10, has been and shall in the future be deprived of the society, companionship, services and consortium of her husband.

**WHEREFORE**, plaintiff, EVELYN TELCHIN, demands judgment against the defendants, ELLIOT PEREL, DPM, ROCHELLE VOLOSO, MD, MONROE FOOT & ANKLE CARE, PC, ST. PETER'S UNIVERSITY HOSPITAL, JOHN DOE 1-10 and ABC INC. 1-10, jointly, individually or, in the alternative, together with interest and costs of suit.

HERBERT I. ELLIS, P.C.

Dated: October 11, 2012          By: _____

ERIC CHRISTOPHER LANDMAN, ESQ.
Attorney(s) for the Plaintiff,
Edward & Evelyn Telchin

5

## DEMAND FOR TRIAL BY JURY

Plaintiffs, EDWARD TELCHIN and EVELYN TELCHIN, his wife, hereby demand a trial by jury as to all issues so triable.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to Rule 4:25-4, Eric Christopher Landman, Esq., is hereby designated as trial counsel on behalf of the plaintiffs, EDWARD TELCHIN and EVELYN TELCHIN, his wife.

## CERTIFICATION PURSUANT TO RULE 4:5-1

I certify that, pursuant to R 4:5-1, to my knowledge, and based on the information available to me at this time, the matter in controversy is not the subject of any other action pending in any court or of a pending arbitration proceeding and that no additional parties are known at this time that should be added.

HERBERT I. ELLIS, P.C.

Dated:  October 11, 2012        By:    _____
ERIC CHRISTOPHER LANDMAN, ESQ.
Attorney(s) for the Plaintiffs,
Edward & Evelyn Telchin

6

## DEMAND FOR ANSWERS TO UNIFORM AND SUPPLEMENTAL INTERROGATORIES

**PLEASE TAKE NOTICE** that pursuant to Rule 4:17-1(b)(ii)(2), Plaintiff hereby demands answers to **Uniform Interrogatories Form C and Form C(3)** within sixty (60) days of the filing of Defendant's Answer to this Complaint.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 4:17-1(b)(i)(1) and Rule 4:17-2, Plaintiff hereby demands answers to the attached **Supplemental Interrogatories** within sixty (60) days of the filing of Defendant's Answer to this Complaint.

## DEMAND FOR TRANSCRIPTION AND OFFICE RECORDS

Plaintiffs hereby demand that the Defendants produce a certified copy of all office records, telephone calls, billing and payments as well as a typed transcription of any and all of his/her handwritten office records and/or hospital records, within thirty (30) days of service of the Complaint.

HERBERT I. ELLIS, P.C.

Dated: October 11, 2012      By: _____

ERIC CHRISTOPHER LANDMAN, ESQ.
Attorney(s) for the Plaintiffs,
Edward & Evelyn Telchin

7

## SUPPLEMENTAL INTERROGATORIES PERMITTED PURSUANT
## TO RULE 4:17-1(b)(i)

S1. State whether this Defendant has ever served as an expert witness in any matter including, but not limited to matters where you were formally named as an expert, matters in which you provided an expert opinion without being formally named as an expert, etc., and set forth the name of the matter or matters, the name of the attorney or other entity retaining you, whether you testified in either a deposition or at trial and annex hereto copies of any and all reports rendered by you.

S2. As to each person identified in your answer to **Form C Uniform Interrogatory 4,** set forth a summary of all relevant facts relating to this case known to each such person.

S3. Please describe in complete detail the physical examination which you performed on the Plaintiff the first time you saw the Plaintiff for the problem for which you were attending the Plaintiff, and submit a comprehensive list of your findings.

S4. If you have been certified in any specialty by the National Board of Medical Examiners or by any American Specialty or sub-specialty board, please name each such specialty and/or sub-specialty board by which you are certified and the date of your certification.

S5. Please describe in detail the course of the Plaintiff's illness or condition from the time you first undertook the Plaintiff's care for the problem for which you were attending to the Plaintiff until your professional relationship with the Plaintiff terminated.

S6. Please submit a comprehensive list of all diagnostic tests or medical procedures, including routine blood and urine studies, which you ordered or performed on the Plaintiff or which were ordered or performed on the Plaintiff by someone acting in your behalf, from the time you first undertook the Plaintiff's care until your professional relationship with the Plaintiff terminated, and indicate as to each such diagnostic test or medical procedure, the date and time it was ordered, the date and time it was performed, the reason it was felt necessary that it be performed, and the test results.

S7. Please specify precisely and describe fully the treatment, including drugs (with dosages, routes and duration of administration) IV fluids, surgery, physiotherapy, prosthesis, bandages and any other therapeutic agents or measures, which you ordered or prescribed for the Plaintiff from the time you first undertook the Plaintiff's care until the time when your professional relationship with the Plaintiff terminated, indicating as to each the date, time and manner in which you ordered or prescribed it, the date and time it was instituted and the date and time it was completed or discontinued.

S8. State whether any photographs, videos or other recordings of any type were made of any treatment or procedure performed upon the Plaintiff's decedent and if so identify all such photographs, videos or other recordings and provide a copy of all such photographs, videos or other recordings herewith.

HERBERT I. ELLIS, P.C.

Dated:  October 11, 2012          By:   _____
ERIC CHRISTOPHER LANDMAN, ESQ.
Attorney(s) for the Plaintiffs,
Edward & Evelyn Telchin

Sep. 21. 2012 11:04AM                                           No. 0849   P. 1

Herbert L Ellis
Freehold Executive Center
4400 Route 9 South
Suite 3000
Freehold, NJ 07728
(732) 308-0200
Attorney for Plaintiff

---

EDWARD TELCHIN                          SUPERIOR COURT OF NEW JERSEY
                                        LAW DIVISION: MID-L-5610-12
                                        DOCKET NO.:
              Plaintiffs,

vs.


ROCHELLE VOLOSO, MD                             CIVIL ACTION

              Defendant,
                                            AFFIDAVIT OF MERIT
                                        Pursuant to N.J.S.A. 2A: 53A-27

STATE OF NEW JERSEY
                        ss:
COUNTY OF

        PHILIP J. OBIEDZINSKI, D.P.M., being of full age, duly sworn hereby states under

oath:

    1.      I am a licensed Podiatrist in the state of New Jersey.

    2.      I am Board Certified in the area of Podiatric Surgery and therefore have particular

            expertise in this area.

    3.      I have devoted my practice to this area for a period of at least 30 years.


    4.      Based upon my understanding of the facts involved in the underlying matter, it

            appears to me that there exists a reasonable probability that the skill or knowledge

            exercised or exhibited by Rochelle Volosov, MD, assistant in the subject

malpractice action, fell outside acceptable professional standards or treatment

practices as they apply to the defendant.

5.    I have no financial interest in the outcome of this case.

PHILIP J. OBIEDZINSKI, DPM

Dated: September 11, 2012

Sworn and subscribed to
before me this 21 day
of September, 2012.

LAURA A. STOPPER
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires July 6, 2016

Herbert I. Ellis
Freehold Executive Center
4400 Route 9 South
Suite 3000
Freehold, NJ 07728
(732) 308-0200
Attorney for Plaintiff

---

EDWARD TELCHIN

           Plaintiffs,

vs.

ELLIOTT PEREL, DPM

           Defendant,

---

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION: MIDDLESEX
DOCKET NO.: L- 5610-12

CIVIL ACTION

AFFIDAVIT OF MERIT
Pursuant to N.J.S.A. 2A: 53A-27

STATE OF NEW JERSEY
           ss:
COUNTY OF

      PHILIP J. OBIEDZINSKI, D.P.M., P.A., being of full age, duly sworn hereby states

under oath:

1.     I am a licensed in Podiatric in the state of New Jersey.

2.     I am a specialist in the area of Podiatric Surgery and therefore have particular

       expertise in this area.

3.     I have devoted my practice to this area for a period of at least 29 years.

4.     Based upon my understanding of the facts involved in the underlying matter, it

       appears to me that there exists a reasonable probability that the skill or knowledge

       exercised or exhibited by Elliott Perel, DPM in the subject malpractice action, fell

outside acceptable professional standards or treatment practices as they apply to the defendant.

5. I have no financial interest in the outcome of this case.

_Philip J.S. Obiedzinski_ DPM, PA.

PHILIP S. OBIEDZINSKI, DPM, PA

Dated: June 11, 2012

Sworn and subscribed to
before me this 24 day
of July, 2012.

LAURA A. STOPPER
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires July 6, 2016