# EXHIBIT 2

PAUL J. FISHMAN
United States Attorney
ALLAN B. K. URGENT
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel.: (973) 297-2079
Fax: (973) 297-2010
E-mail: allan.urgent@usdoj.gov

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| | |
|---|---|
| EDWARD TELCHIN, ET AL.,<br><br>*Plaintiffs,*<br><br>v.<br><br>ELLIOT PEREL, D.P.M., ET AL.,<br><br>*Defendants.* | HON.<br><br>*Civil Action No.* 14-<br><br>CERTIFICATION OF SCOPE OF EMPLOYMENT |

Pursuant to the provisions of 28 U.S.C. § 2679, and by virtue of the authority delegated to me under 28 C.F.R. § 15.4, I hereby certify that I have read the First Amended Complaint in the case of *Edward Telchin, et al. v. Elliot Perel, D.P.M., et al.*, filed in the Superior Court of New Jersey, Law Division, Middlesex County, assigned Docket Number L-5610-12. On the basis of the information now available to me with respect to the incidents alleged therein, I find that Dr. Rochelle Rubinov-Volosov (incorrectly identified in the amended complaint as Rochelle Voloso, MD, and Rochelle Volos, MD) was acting within the scope of her employment with the U.S. Department of Veterans Affairs ("VA") as a podiatry resident training at the VA New Jersey Health Care System.

Dated: March 19, 2014

PAUL J. FISHMAN
United States Attorney

By: ______________________
PAUL A. BLAINE
Assistant United States Attorney
Chief, Civil Division